# CASE ANNOUNCEMENTS

*June 7, 2013*

[Cite as *06/07/2013 Case Announcements*, 2013-Ohio-2340.]

## DISCIPLINARY CASES

**2004–2112 and 2008–0772. Cuyahoga Cty. Bar Assn. v. Freedman.**
This cause came on for further consideration upon the filing of a motion for clarification and specificity as to the grounds upon which respondent's application for reinstatement filed on October 26, 2012, was denied on January 17, 2013.

Upon consideration thereof, it is ordered by this court that the motion is denied.

**2010–0034. Disciplinary Counsel v. Niles.**
On April 05, 2013, respondent, Lisa Jane Niles, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated June 10, 2010, in which the court suspended respondent from the practice of law for a period of two years, all stayed upon the conditions that respondent (1) comply with the terms and conditions of her Ohio Lawyers Assistance Program ("OLAP") contract, including the treatment recommendations of any treating physician or counselor, and (2) serve a term of monitored probation pursuant to Gov.Bar R.V(9) commencing upon her return to the practice of law and continuing until the expiration of her existing OLAP contract.

On consideration thereof, it is ordered by this court that the probation of respondent, Lisa Jane Niles, Attorney Registration No. 0061134, last known business address in Springfield, Ohio, is terminated.

It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013–0881. State ex rel. Davis v. Metzger.**
Licking App. No. 11–CA–130, 2013-Ohio-1620.

**2013–0882. State ex rel. Davis v. Metzger.**
Licking App. No. 12–CA–36, 2013-Ohio-1699.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2012–1404. HD Dev. Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2009–K–57, 2009–K–58, 2009–K–59, 2009–K–60, 2009–K–61, 2009–K–62, 2009–K–63, 2009–K–64, 2009–K–65, 2009–K–66, 2009–K–67, 2009–K–68, 2009–K–69, 2009–K–70, 2009–K–71, 2009–K–72, 2009–K–73, 2009–K–74, 2009–K–75, 2009–K–76, 2009–K–77, 2009–K–78, 2009–K–79, 2009–K–80, 2009–K–81, 2009–K–82, 2009–K–83, 2009–K–84, 2009–K–85, 2009–K–86, 2009–K–87, 2009–K–88, 2009–K–89, 2009–K–90, 2009–K–91, 2009–K–92, 2009–K–93, 2009–K–94, 2009–K–95, 2009–K–96, 2009–K–97, 2009–K–98, 2009–K–99, 2011–K–1042, 2011–K–1043, 2011–K–1044, 2011–K–1045, 2011–K–